FILED: MARCH 20, 2008
08CV1616          TC
JUDGE ZAGEL
MAGISTRATE JUDGE MASON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,

**Defendant(s):** AL'S MASONRY CONTRACTING, INC., an Illinois corporation, AL'S MAINTENANCE, INC., a dissolved Illinois corporation, ALFONSO GUZMAN, SR., Individually, ANDREA GUZMAN, Individually, and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, Individually

County of Residence: COOK

Plaintiff's Atty: Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

County of Residence: COOK

Defendant's Atty:

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principle Parties
(Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   791 E.R.I.S.A

VI. Cause of Action:   This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

VII. Requested in Complaint
   Class Action: No
   Dollar Demand:
   Jury Demand: No

VIII. This case **Is** a refiling of a previously dismissed case. (If yes case number 06-4568 by Judge Bucklo)

Signature: _____
Date: 3/19/08