**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br>  Plaintiffs,<br>v.<br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br>  Defendant. | ) Case No.<br>) Judge<br>) Magistrate Judge<br><br>FILED: MARCH 20, 2008<br>08CV1616   TC<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| SHANE LUEDKE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Shane Luedke |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286752 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? |
|---|
| YES ☐    NO ☑ |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? |
|---|
| YES ☑    NO ☐ |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? |
|---|
| YES ☐    NO ☑ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? |
|---|
| YES ☐    NO ☑ |