IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>     Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation, AL'S MAINTENANCE, INC., a dissolved Illinois corporation, ALFONSO GUZMAN, SR., Individually, ANDREA GUZMAN, Individually, and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, Individually,<br><br>     Defendants. | Case No. 08-cv-1616<br><br>Judge James B. Zagel |

## NOTICE OF EMERGENCY MOTION FOR TEMPORARAY RESTRAINING ORDER

To:   AL'S MASONRY CONTRACTING, INC.
       C/O ITS REGISTERED AGENT, ALFONSO GUZMAN, SR.
       2842 STERKEL ROAD
       NORTH AURORA, IL 60542

       AL'S MAINTENANCE, INC
       C/O ITS REGISTERED AGENT, MARIA SABAT
       P. O. BOX 38
       ADDISON, IL 60101

       ALFONZO GUZMAN, SR., INDIVIDUALLY
       2802 STERKEL ROAD
       NORTH AURORA, IL 60542

       ANDREA GUZMAN, INDIVIDUALLY
       3007 WAYLAND AVENUE
       ELGIN, IL 60124

       MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
       INDIVIDUALLY
       P. O. BOX 38
       ADDISON, IL 60101

**PLEASE TAKE NOTICE** that on **March 27, 2008**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge James B. Zagel, Room 2503** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Emergency Motion for Temporary Restraining Order.

s/ Donald Schwartz
One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
SHANE LUEDKE
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

       I hereby certify that on March 25, 2008 I electronically filed the foregoing Notice of Emergency Motion for Temporary Restraining Order, Plaintiff's Emergency Motion for Temporary Restraining Order and Memorandum in Support of Emergency Motion for Temporary Restraining Order with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

                                     s/ Donald Schwartz_____
                                  ARNOLD AND KADJAN
                                  19 W. Jackson Blvd., Suite 300
                                  Chicago, IL 60604
                                  Telephone No.:  (312) 236-0415
                                  Facsimile No.:   (312) 341-0438
                                  Dated:  March 25, 2008