UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 56 Fringe Benefit Fund

Plaintiff,

v.

Case No.: 1:08−cv−01616
Honorable James B. Zagel

Al's Masonry Contracting, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 3/27/2008. Emergency Motion for temporary restraining order [7] is granted. Preliminary injunction hearing set for 4/3/2008 at 11:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.