IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08 CV 1616 Judge: Zagel |
| Vs. | ) ) ) | |
| AL'S MASONRY CONTRACTING, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on April 3, 2008, we caused a copy of Defendant's Attorney Appearance Form, to be filed with the Clerk of The United States District Court for the Northern District of Illinois.

Respectfully submitted,

By: /s/ Scott N. Schreiber
Attorney for Defendants

Scott N. Schreiber, ARDC No. 06191042
STAHL COWEN CROWLEY ADDIS, LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 377-7760
Facsimile: (312) 423-8189

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the Attorney Appearance Form to be served on the service list on the 3rd day of April, 2008, via electronic mail delivery from 55 W. Monroe Street, Chicago, Illinois.

/s/ Scott N. Schreiber