AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND

    Plaintiffs,

v.

CASE NUMBER: 08CV1616

JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE MASON

AL'S MASONRY CONTRACTING, INC., an Illinois
corporation, AL'S MAINTENANCE, INC., a dissolved
Illinois corporation, ALFONSO GUZMAN, SR.,
Individually, ANDREA GUZMAN, Individually,
and MARIA SABAT a/k/a MARY SABAT a/k/a
MARIA SORIA, Individually

DESIGNATED
MAGISTRATE JUDGE:

    Defendants.

TO: (Name and address of Defendant)
ANDREA GUZMAN, INDIVIDUALLY
~~3007 WAYLAND AVENUE~~ 2802 STERKEL ROAD
~~ELGIN, IL 60124~~ NORTH AURORA, IL 60542

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_/s/ J. Cervantes_
(By) DEPUTY CLERK

March 20, 2008
Date

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MARCH 29, 2008 AT 12:30 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

PERSONAL SERVICE TO ANDREA GUZMAN AT HER RESIDENCE - 2802 STARKER ROAD, NORTH AURORA, IL 60542. SHE CAN BE DESCRIBED AS F/H, 25-35 YEARS, BLACK HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/08
                 Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL  60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.