AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND

    Plaintiffs,

v.

AL'S MASONRY CONTRACTING, INC., an Illinois
corporation, AL'S MAINTENANCE, INC., a dissolved
Illinois corporation, ALFONSO GUZMAN, SR.,
Individually, ANDREA GUZMAN, Individually,
and MARIA SABAT a/k/a MARY SABAT a/k/a
MARIA SORIA, Individually

    Defendants.

CASE NUMBER:  08CV1616

JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
        ALFONZO GUZMAN, SR., INDIVIDUALLY
        2802 STERKEL ROAD
        NORTH AURORA, IL 60542

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Donald D. Schwartz
        Arnold and Kadjan
        19 West Jackson Blvd., Suite 300
        Chicago, IL 60604
        (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_J. Cervantes_

**(By) DEPUTY CLERK**

**March 20, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE MARCH 29, 2008 AT 12:30 PM |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: PERSONAL SERVICE TO -

ALFONSO GUZMAN, SR AT HIS RESIDENCE - 2802 STARKER ROAD, NORTH AURORA, IL 605__
HE CAN BE DESCRIBED AS A M/H, 51 YEARS OF AGE, BLACK HAIR, BLACK FACIAL, GLASS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/29/08
_____  _____
Date              Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL 60068

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.