AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND

Plaintiffs,

v.

AL'S MASONRY CONTRACTING, INC., an Illinois
corporation, AL'S MAINTENANCE, INC., a dissolved
Illinois corporation, ALFONSO GUZMAN, SR.,
Individually, ANDREA GUZMAN, Individually,
and MARIA SABAT a/k/a MARY SABAT a/k/a
MARIA SORIA, Individually

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV1616

JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
AL'S MASONRY CONTRACTING, INC.
C/O ITS REGISTERED AGENT, ALFONSO GUZMAN, SR.
2802 ~~2842~~ STERKEL ROAD
NORTH AURORA, IL 60542

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

March 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 29 2008 AT 12:30 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: AL'S MASONRY CONTRACTING, INC C/O ITS REGISTERED AGENT - ALFONSO GUZMAN, SR AT HIS PERSONAL RESIDENCE - 2802 STERKEL ROAD, NORTH AURORA, IL 60542. HE CAN BE DESCRIBED AS A M/H, 51 YEARS OF AGE, BLACK HAIR, BLACK FACIAL + GLASSES

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/29/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.