IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation, AL'S MAINTENANCE, INC., a dissolved Illinois corporation, ALFONSO GUZMAN, SR., Individually, ANDREA GUZMAN, Individually, and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, Individually,<br><br>    Defendants. | ) ) ) ) ) Case No. 08-cv-1616 ) ) ) Judge James B. Zagel ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION

To:    ALFONZO GUZMAN, SR., INDIVIDUALLY
        2802 STERKEL ROAD
        NORTH AURORA, IL 60542

        ANDREA GUZMAN, INDIVIDUALLY
        3007 WAYLAND AVENUE
        ELGIN, IL 60124

        MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
        INDIVIDUALLY
        P. O. BOX 38
        ADDISON, IL 60101

        SCOTT NEIL SCHREIBER
        STAHL COWEN CROWLEY LLC
        55 W. MONROE, SUITE 1200
        CHICAGO, IL 60603

    **PLEASE TAKE NOTICE** that on **April 22, 2008**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge James B. Zagel, Room 2503** in the Courtroom usually occupied by him in the Federal District Court,

219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached

Motion for Leave to File Third Party Subpoenas and Subpoenas for Depositions.

                                      TRUSTEES OF THE BRICKLAYERS
                                      AND ALLIED CRAFTSMEN LOCAL 56
                                      FRINGE BENEFIT FUND

                                      s/ Shane Luedke_____
                                      One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
SHANE LUEDKE
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008 I electronically filed the foregoing Notice of Motion and Motion for Leave to File Third Party Subpoenas and Subpoenas for Depositions with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
3007 WAYLAND AVENUE
ELGIN, IL 60124

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA, INDIVIDUALLY
P. O. BOX 38
ADDISON, IL 60101

SCOTT NEIL SCHREIBER
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603

        s/ Shane Luedke_____
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: April 14, 2008