**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS | ) | |
| AND ALLIED CRAFTSMEN LOCAL 56 | ) | |
| FRINGE BENEFIT FUND, | ) | |
| | ) | Case No. 08-cv-1616 |
| Plaintiffs, | ) | |
| | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | |
| AL'S MASONRY CONTRACTING, INC., an | ) | |
| Illinois corporation, AL'S MAINTENANCE, INC., | ) | |
| a dissolved Illinois corporation, ALFONSO | ) | |
| GUZMAN, SR., Individually, ANDREA GUZMAN, | ) | |
| Individually, and MARIA SABAT a/k/a MARY | ) | |
| SABAT a/k/a MARIA SORIA, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF MOTION

To:    ALFONZO GUZMAN, SR., INDIVIDUALLY
       2802 STERKEL ROAD
       NORTH AURORA, IL 60542

       ANDREA GUZMAN, INDIVIDUALLY
       3007 WAYLAND AVENUE
       ELGIN, IL 60124

       MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
       INDIVIDUALLY
       P. O. BOX 38
       ADDISON, IL 60101

       SCOTT NEIL SCHREIBER
       STAHL COWEN CROWLEY LLC
       55 W. MONROE, SUITE 1200
       CHICAGO, IL 60603

**PLEASE TAKE NOTICE** that on **April 17, 2008**, at **10:15 a.m.** or as soon

hereafter as Counsel may be heard, I shall appear before the **Honorable Judge James B.**

**Zagel, Room 2503** in the Courtroom usually occupied by him in the Federal District Court,

219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached

Motion for Leave to File Third Party Subpoenas and Subpoenas for Depositions.

<div style="margin-left:40%">

TRUSTEES OF THE BRICKLAYERS
AND ALLIED CRAFTSMEN LOCAL 56
FRINGE BENEFIT FUND


s/ Shane Luedke
One of Plaintiffs' Attorneys

</div>

DONALD D. SCHWARTZ
SHANE LUEDKE
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2008 I electronically filed the foregoing Notice of Motion and Motion for Leave to File Third Party Subpoenas and Subpoenas for Depositions with the Clerk of the Court using the CM/ECF system and to the following by fax and U.S. Mail, postage prepaid:

ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
3007 WAYLAND AVENUE
ELGIN, IL 60124

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
INDIVIDUALLY
P. O. BOX 38
ADDISON, IL 60101

SCOTT NEIL SCHREIBER
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603


 s/ Shane Luedke_____
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  April 14, 2008