IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation, AL'S MAINTENANCE, INC., a dissolved Illinois corporation, ALFONSO GUZMAN, SR., Individually, ANDREA GUZMAN, Individually, and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, Individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 08-cv-1616<br>)<br>) Judge James B. Zagel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
3007 WAYLAND AVENUE
ELGIN, IL 60124

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
INDIVIDUALLY
P. O. BOX 85
ADDISON, IL 60101

SCOTT NEIL SCHREIBER
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603

**PLEASE TAKE NOTICE** that on **April 17, 2008**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge James B. Zagel, Room 2503** in the Courtroom usually occupied by him in the Federal District Court,

219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Emergency Motion For Rule To Show Cause.

                                                  TRUSTEES OF THE BRICKLAYERS
                                                  AND ALLIED CRAFTSMEN LOCAL 56
                                                  FRINGE BENEFIT FUND

                                                  s/ Shane Luedke_____
                                                  One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
SHANE LUEDKE
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Emergency Motion For Rule To Show Cause with the Clerk of the Court using the CM/ECF system and to the following by fax and U.S. Mail, postage prepaid:

ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
3007 WAYLAND AVENUE
ELGIN, IL 60124

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA, INDIVIDUALLY
P. O. BOX 85
ADDISON, IL 60101

SCOTT NEIL SCHREIBER
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603

                                                  s/ Shane Luedke
                                                  ARNOLD AND KADJAN
                                                  19 W. Jackson Blvd., Suite 300
                                                  Chicago, IL 60604
                                                  Telephone No.:  (312) 236-0415
                                                  Facsimile No.:  (312) 341-0438
                                                  Dated:  April 14, 2008