AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND

Plaintiffs,

v.

AL'S MASONRY CONTRACTING, INC., an Illinois corporation, AL'S MAINTENANCE, INC., a dissolved Illinois corporation, ALFONSO GUZMAN, SR., Individually, ANDREA GUZMAN, Individually, and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, Individually

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV1616
　　　　　　　　　JUDGE ZAGEL
ASSIGNED JUDGE: MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
AL'S MAINTENANCE, INC.
C/O ITS REGISTERED AGENT, MARIA SABAT
~~1775 COURTLAND COURT, SUITE 3~~ 861 SUNNYSIDE ROAD
~~ADDISON, IL 60101~~ ROSELLE, IL 60172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes
(By) DEPUTY CLERK



March 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  
DATE APRIL 10, 2008 AT 6:15 PM

NAME OF SERVER (PRINT) SCOTT POCIUS  
TITLE INVESTIGATOR

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: ALS MAINTENANCE, INC C/O ITS REGISTERED AGENT - MARIA SABAT AT HER PERSONAL RESIDENCE - 861 SUNNYSIDE DRIVE, ROSELLE, IL 60172 SHE CAN BE DESCRIBED AS A F/W, 40-45 YEARS OF AGE, DYED BLONDE HAIR

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/10/08  
Signature of Server: Scott Pocius

THE ARGUS AGENCY INC.  
1480 RENAISSANCE DR. STE 208  
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.