

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>Defendant. | ) ) ) ) ) Case No. 08-cv-1616 ) ) ) Judge James B. Zagel ) ) ) ) ) ) ) ) ) ) ) |

## TEMPORARY RESTRAINING ORDER

THIS MATTER COMING TO BE HEARD UPON Plaintiff's Emergency Motion for Temporary Restraining Order set for, March 27, 2008, the Court finds that there is a substantial likelihood that Plaintiffs will prevail on the merits of their claim for fringe benefit contributions for the period from April 15, 2005 through the present, that irreparable harm will result from denial of the motion for temporary restraining order which cannot be adequately addressed by a legal remedy, that the balance of harms favors granting such a temporary restraining order and that the public interest also favors such a temporary restraining order. Based upon the foregoing,

IT IS HEREBY ORDERED:

a TEMPORARY RESTRAINING ORDER be issued against all named Defendants, **AL'S MASONRY CONTRACTING, INC.**, an Illinois corporation; **AL'S**

MAINTENANCE, INC., a dissolved Illinois corporation; **ALFONSO GUZMAN, SR.**, individually; **ANDREA GUZMAN**, Individually; and **MARIA SABAT** a/k/a **MARY SABAT** a/k/a **MARIA SORIA**, (1) requiring Defendants to pay Plaintiffs immediately all past due contributions and to pay to Plaintiffs timely on all contributions that accrue during this action, (2) prohibiting Defendants from dissipating or transferring any assets until all contributions are paid in full, (3) enjoining Defendants from failing or refusing to pay monies due to the Fund, (4) waiving the necessity of posting a bond as required by Fed. R. Civ. P 65(c), (5) enjoining Defendants from violating the terms of the collective bargaining agreements and trust agreements by refusing to make timely contributions to the Plaintiffs and ordering them to resume such payments (6) enjoining Defendants from performing any further bricklaying work until such contributions are made, and (7) granting Plaintiffs such other and further equitable relief as this Court may deem appropriate.

Notwithstanding anything contained herein, neither this order nor anything contained herein shall prohibit any party to this Order from seeking relief under Title 11 of the United States Code.

Date: Entered: APR 03 2008

_James B. Zagel_

JUDGE ZAGEL

Donald Schwartz
Shane Luedke
ARNOLD and KADJAN
19 W Jackson
Chicago, IL 60604
(312) 236-0415