IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>        Defendant. | ) ) ) ) ) Case No. 08-cv-1616 ) ) Judge James B. Zagel ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:    ALFONZO GUZMAN, SR., INDIVIDUALLY
           2802 STERKEL ROAD
           NORTH AURORA, IL 60542

           ANDREA GUZMAN, INDIVIDUALLY
           2802 STERKEL ROAD
           NORTH AURORA, IL 60542

           MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA, INDIVIDUALLY
           P. O. BOX 85
           ADDISON, IL 60101

           SCOTT NEIL SCHREIBER, ATTORNEY FOR AL"S MASONRY AND AL"S MAINTENANCE
           STAHL COWEN CROWLEY LLC
           55 W. MONROE, SUITE 1200
           CHICAGO, IL 60603

        **PLEASE TAKE NOTICE** that on **May 8, 2008**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Zagel, Room 2503** in the

Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                      TRUSTEES OF THE BRICKLAYERS AND
                                      ALLIED CRAFTSMEN LOCAL 74 FRINGE
                                      BENEFIT FUNDS

                                      By: s/ Shane Luedke
                                              Counsel for Plaintiffs

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned addresses and by fax, email and by depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 2nd day of May 2008, at or before the hour of 5:00 p.m.

ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
2802 STERKEL RD
NORTH AURORA, IL 60542-5000

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA, INDIVIDUALLY
P. O. BOX 85
ADDISON, IL 60101
Email: mary.sabat@yahoo.com

SCOTT NEIL SCHREIBER, ATTORNEY FOR AL"S MASONRY AND AL"S MAINTENANCE
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603
Fax: (312) 423-8189

s/Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: ~~April 24~~, 2008
May 2