IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08 CV 1616 |
| Vs. | ) ) ) | Judge: Zagel |
| AL'S MASONRY CONTRACTING, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Scott N. Schreiber, of Stahl Cowen Crowley Addis LLC ("Movant"), moves this Honorable Court for leave to withdraw as counsel for Al's Masonry Contracting, Inc. and Al's Maintenance, Inc., pursuant to Local Rule 83.17, and in support thereof, respectfully states as follows:

1. On April 3, 2008 Movant timely filed an appearance on behalf of the defendants, Al's Masonry Contracting, Inc. ("AMC") and Al's Maintenance, Inc ("AMI").

2. As of the date of the filing of this Motion, the defendants to this action, including AMC and AMI have not filed a pleading responsive to the plaintiff's Complaint and the plaintiff has moved for an order of default and judgment.

3. Notwithstanding counsel's best efforts to faithfully represent the interests of its clients in the pending litigation, certain differences have arisen which have materially interfered with the counsel's ability to discharge his obligations professionally.

4.  Movant has advised the duly authorized representatives of AMI and AMC, orally and via e-mail, of his intention to withdraw as counsel of record and they do not object.

WHEREFORE, Scott N. Schreiber, of Stahl Cowen Crowley Addis LLC requests that this Honorable Court enter an order granting him leave to withdraw as counsel of record, *instanter*, granting AMI and AMC a reasonable period of time to seek new representation, and for any further relief the Court deems just and appropriate.

s/ Scott N. Schreiber

Scott N. Schreiber (06191042)
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
(312) 641-0060