IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08 CV 1616 |
| Vs. | ) ) ) | Judge: Zagel |
| AL'S MASONRY CONTRACTING, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

   PLEASE TAKE NOTICE that on May 8, 2008 at 10:15 a.m., I shall appear before the Honorable James B. Zagel in Courtroom 2503, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached Motion for Leave to Withdraw as Counsel.

                                              Respectfully submitted,


                                              By:   /s/ Scott N. Schreiber

Scott N. Schreiber, ARDC No. 06191042
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
Facsimile: (312) 641-6959


**CERTIFICATE OF SERVICE**

   I, Scott N. Schreiber, certify that I electronically filed the attached Notice of Motion and Motion for Leave to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the named parties in the Service List and by Federal Express to Defendants/Debtors on May 6, 2008.

                                              /s/ Scott N. Schreiber