UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 56 Fringe Benefit Fund
                                    Plaintiff,
v.                                  Case No.: 1:08−cv−01616
                                    Honorable James B. Zagel

Maria Sabat, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 5/8/2008 MOTION by Plaintiff Trustees of the Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund for order of default, judgment in sum certain and permanent injunction [32] is granted as to defendants Al's Masonry Contracting, Al's Maintenance, Inc., Alfonso Guzman, Sr. and Andrea Guzman but denied as to defendant Maria Sabat. Defendant Maria Sabat's answer to the complaint due by 5/12/2008. MOTION by counsel for Defendants Al's Masonry Contracting, Inc., Al's Maintenance, Inc. to withdraw as attorney [34] is granted. Attorney Scott Neil Schreiber terminated.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.