Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1616 | **DATE** | 5/8/2008 |
| **CASE TITLE** | TRUSTEES, ET AL vs. AL'S MASONRY CONTRACTING, ET AL | | |

**DOCKET ENTRY TEXT**

Enter judgment order and permanent injunction as to defendants Al's Masonry Contracting, Inc., Al's Maintenance, Inc., Alfonso Guzman, Sr., individually, and Andrea Guzman, Individually.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|