IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>Defendant. | Case No. 08-cv-1616<br><br>Judge James B. Zagel |

## MEMORANDUM OF JUDGMENT

On May 8, 2003, Judgment was entered in favor of the Plaintiffs, Plaintiffs, Trustees of the Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Funds, and against Defendants, **AL'S MASONRY CONTRACTING, INC.**, an Illinois corporation; **AL'S MAINTENANCE, INC.**, a dissolved Illinois corporation; **ALFONSO GUZMAN, SR.**, individually; and **ANDREA GUZMAN**, Individually, in the total amount of $887,080.33.

DATED:_____

ENTER:_____
Honorable Judge Zagel

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL  60604