Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1616 | **DATE** | 5/9/2008 |
| **CASE TITLE** | LOCAL 56 FRINGE BENEFIT FUND vs. AL'S MASONRY, ET AL | | |

**DOCKET ENTRY TEXT**

Enter amended judgment order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|