IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>Defendant. | ) ) ) ) ) Case No. 08-cv-1616 ) ) Judge James B. Zagel ) ) ) ) ) ) ) ) ) ) ) |

## AMENDED JUDGMENT ORDER

THIS CAUSE coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

IT IS HEREBY ORDERED:

1. Judgment in the amount of $887,080.33 is entered in favor of Plaintiffs, Trustees of the Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Funds, and against the Defendants, **AL'S MASONRY CONTRACTING, INC.**, an Illinois corporation; **AL'S MAINTENANCE, INC.**, a dissolved Illinois corporation; **ALFONSO GUZMAN, SR.**, individually; and **ANDREA GUZMAN**, Individually.

2. A PERMANENT INJUNCTION is issued against named Defendants, **AL'S MASONRY CONTRACTING, INC.**, an Illinois corporation; **AL'S MAINTENANCE, INC.**, a dissolved Illinois corporation; **ALFONSO GUZMAN, SR.**, individually; and **ANDREA GUZMAN**, Individually, (1) requiring Defendants to pay Plaintiffs immediately all past due contributions and to pay to Plaintiffs timely on all contributions that accrue during this

action, (2) prohibiting Defendants from dissipating or transferring any assets until all contributions are paid in full, (3) enjoining Defendants from failing or refusing to pay monies due to the Fund, (4) waiving the necessity of posting a bond as required by Fed. R. Civ. P 65(c), (5) enjoining Defendants from violating the terms of the collective bargaining agreements and trust agreements by refusing to make timely contributions to the Plaintiffs and ordering them to resume such payments (6) enjoining Defendants from performing any further bricklaying work until the judgment, herein, is paid and satisfied, and (7) granting Plaintiffs such other and further equitable relief as this Court may deem appropriate.

3.      This is a final and appealable order.

DATED: MAY - 9 2008

ENTER: _James B. Zagel_
HONORABLE JUDGE Zagel

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415