### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1616                    Assigned/Issued By: EDA

Judge Name: Zagel                         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____              Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                           Receipt #: _____

Date Payment Rec'd: _____                    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☑ Citation to Discover Assets          ☐ Other

☐ Writ _____                  _____
       (Type of Writ)                  (Type of issuance)

1 ___ Original and 0 ___ copies on 05/19/08 ___ as to Maria Sabat as President and
                              (Date)
R/A of Al's Maintenance

Notice Filed _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>          Plaintiffs,<br><br>     v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>          Defendant. | )<br>)<br>)<br>) Case No. 08-cv-1616<br>)<br>)<br>) Judge James B. Zagel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

F I L E D

MAY 19 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CITATION NOTICE

Judgment Debtor's
Last known Address:

Judgment Creditor/
Creditor's Attorney:

Name: Al's Maintenance, Inc.
City: 1775 Courtland Court
North Aurora, IL 60542
Phone:

**ARNOLD and KADJAN**
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

Judgment in the amount of **$887,080.33** for **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.** Of that amount, **$887,080.33** for **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.** remains due.

Name of person receiving Citation: <u>Maria Sabat as President and Registered Agent of Al's Maintenance, 861 Sunnyside, Roselle, IL 60172</u>.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before the **Honorable Judge Zagel** on **June 12, 2008 at 10:15 a.m., Room 2503** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)   Under Illinois or federal law, the exemptions of personal property owned by the Debtor include the Debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the Debtor;

(2)   Social Security and SSI benefits;

(3)   Public assistance benefits;

(4)   Unemployment compensation benefits;

(5)   Worker's compensation benefits;

(6)   Veteran's benefits;

(7)   Circuit breaker property tax relief benefits;

(8)   The Debtor's equity interest not to exceed $750.00 in value, in any implements professional books, or tools of the trade of the Debtor.

(9)   Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500.00, which homestead is exempt from judgment;

(10)  Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount of which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wages;

(11)  Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage;

(12)  Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 South Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>Defendant. | Case No. 08-cv-1616<br><br>Judge James B. Zagel<br><br>**F I L E D**<br><br>MAY 19 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## CITATION TO DISCOVER ASSETS

TO:   Maria Sabat as President and Registered Agent
      of Al's Maintenance
      861 Sunnyside
      Roselle, IL 60172

**YOU ARE COMMANDED** to appear in the courtroom of the **Honorable Judge Zagel**, Room 2503, 219 South Dearborn Street, Chicago, Illinois, at **10:15 a.m.** on **June 12, 2008**, to be examined under oath concerning the property or income of, or indebtedness due Defendants. Judgment was entered against Defendants and for Plaintiffs **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.**, on, May 9, 2008 in the amount of **$887,080.33**. Of that amount **$887,080.33** for **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.**, still remains unsatisfied. A copy of the Judgment entered by **Honorable Judge Zagel** was filed with the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant(s) or indebtedness due them.

**WARNING;** Your failure to appear in Court as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of Court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property

owned by Defendants or in which they hold any interest whatsoever, information regarding any trust or estate in which Defendants hold any interest whatsoever, records regarding all accounts receivable or amounts due to Defendants for any reason, records regarding all indebtedness of Defendants including documents creating such indebtedness and any related security interests, records regarding stocks, bonds, powers of appointment or insurance policies held by Defendants or of which they are or may be beneficiaries, records regarding all bonds or sureties for wages or performance of all construction projects of Defendants, and records regarding all jewelry, art objects and other personal property owned by Defendants.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendants or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS, ~~MICHAEL W. DOBBINS~~ MAY 1 9 2008, 2008

_____
CLERK OF THE COURT

Esperanza Arnold
DEPUTY CLERK

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604-3958
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 08-cv-1616<br>)<br>) Judge James B. Zagel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF ATTORNEY

1. Judgment in the amount of **$887,080.33** for **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.**

2. Name of Court: United States District Court for the Northern District of Illinois, Eastern Division.

3. Case No. 08 C 1616

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

_____
(Signature of Attorney)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE BRICKLAYERS )
AND ALLIED CRAFTSMEN LOCAL 56 )
FRINGE BENEFIT FUND, )
) Case No. 08-cv-1616
        Plaintiffs, )
) Judge James B. Zagel
   v. )
)
AL'S MASONRY CONTRACTING, )
INC., an Illinois corporation; AL'S MAINTENANCE, )
INC., a dissolved Illinois corporation; ALFONSO )
GUZMAN, SR., individually; ANDREA GUZMAN, )
Individually; and MARIA SABAT a/k/a MARY SABAT )
a/k/a MARIA SORIA, individually, )
)
        Defendant. )

### MEMORANDUM OF JUDGMENT

On May 8, 2003, Judgment was entered in favor of the Plaintiffs, Plaintiffs, Trustees of the Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Funds, and against Defendants, AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; and ANDREA GUZMAN, Individually, in the total amount of $887,080.33.

DATED: MAY - 9 2008

ENTER: *[signature]*
Honorable Judge Zagel

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604