IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND,<br><br>                Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING,<br>INC., an Illinois corporation; AL'S MAINTENANCE,<br>INC., a dissolved Illinois corporation; ALFONSO<br>GUZMAN, SR., individually; ANDREA GUZMAN,<br>Individually; and MARIA SABAT a/k/a MARY SABAT<br>a/k/a MARIA SORIA, individually,<br><br>                Defendant. | )<br>)<br>)<br>)  Case No. 08-cv-1616<br>)<br>)  Judge James B. Zagel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

Jamie Dorgan, legal secretary for the offices of Ciardelli & Cummings, located at 19 West Jackson Blvd., Suite 300, Chicago, IL 60604, hereby states as follows:

1.     That I served the within     *Citation to Discover Assets*

       on the within named     Maria Sabat as President and Registered Agent
                                               of Al's Maintenance
                                               861 Sunnyside
                                               Roselle, IL 60172

2.     That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

           Sex _F_    Race _C_    Approx. Age _47_    Other_____

That the place where and the date and time when the above document was served upon the person were as follows:

           Place _19 W. Jackson chicago_____
           Date _5-19-08_____ Time _2:00 p.m._

Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as a foresaid that he verily believes the same to be true.

_____
Special Process Server