## United States District Court for the Northern District of Illinois

Case Number: 08CV1616        Assigned/Issued By: DAJ

Judge Name: ZAGEL           Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
✓ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __05/22/08__ as to __ANDREA GUZMAN,__
                                   (Date)
ALFONSO GUZMAN _____

C:\wpwin80\docket\feeinfo.frm    03/14/05