UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 56 Fringe Benefit Fund
                                              Plaintiff,
v.                                            Case No.: 1:08−cv−01616
                                              Honorable James B. Zagel

Maria Sabat, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

MINUTE entry before the Honorable James B. Zagel:Status hearing stricken.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.