IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 08-cv-1616<br>)<br>) Judge James B. Zagel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

**TO:**   ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
INDIVIDUALLY
P. O. BOX 85
ADDISON, IL 60101

SCOTT NEIL SCHREIBER, ATTORNEY FOR AL"S MASONRY AND AL"S
MAINTENANCE
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603

RICHARD L. HIRSH, Attorney for Debtor
Richard L Hirsh & Associates PC
1500 Eisenhower Lane., Suite 800
Lisle, IL 60532

**PLEASE TAKE NOTICE** that on **July 3**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Zagel, Room 2503** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                                TRUSTEES OF THE BRICKLAYERS AND
                                                ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS

                                                By: s/ Shane Luedke
                                                      Counsel for Plaintiffs

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned addresses and by fax, email and by depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 27th day of June 2008, at or before the hour of 5:00 p.m.

ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
2802 STERKEL RD
NORTH AURORA, IL 60542-5000

MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
INDIVIDUALLY
P. O. BOX 85
ADDISON, IL 60101
Email: mary.sabat@yahoo.com

SCOTT NEIL SCHREIBER, ATTORNEY FOR AL"S MASONRY AND AL"S MAINTENANCE
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603
Fax: (312) 423-8189

RICHARD L. HIRSH, Attorney for Debtor
Richard L Hirsh & Associates PC
1500 Eisenhower Lane., Suite 800
Lisle, IL 60532

s/Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)