# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS ) <br> AND ALLIED CRAFTSMEN LOCAL 56 ) <br> FRINGE BENEFIT FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AL'S MASONRY CONTRACTING, ) <br> INC., an Illinois corporation; AL'S MAINTENANCE, ) <br> INC., a dissolved Illinois corporation; ALFONSO ) <br> GUZMAN, SR., individually; ANDREA GUZMAN, ) <br> Individually; and MARIA SABAT a/k/a MARY SABAT ) <br> a/k/a MARIA SORIA, individually, ) <br> ) <br> Defendant. ) | Case No. 08-cv-1616 <br><br> Judge James B. Zagel |

## CORRECTED NOTICE OF MOTION

TO:   ALFONZO GUZMAN, SR., INDIVIDUALLY
      2802 STERKEL ROAD
      NORTH AURORA, IL 60542

      ANDREA GUZMAN, INDIVIDUALLY
      2802 STERKEL ROAD
      NORTH AURORA, IL 60542

      MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA,
      INDIVIDUALLY
      P. O. BOX 85
      ADDISON, IL 60101

      SCOTT NEIL SCHREIBER, ATTORNEY FOR AL"S MASONRY AND AL"S
      MAINTENANCE
      STAHL COWEN CROWLEY LLC
      55 W. MONROE, SUITE 1200
      CHICAGO, IL 60603

      RICHARD L. HIRSH, Attorney for Debtor
      Richard L. Hirsh & Associates PC
      1500 Eisenhower Lane., Suite 800
      Lisle, IL 60532

**PLEASE TAKE NOTICE** that on **July 3, 2008**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Zagel, Room 2503** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Correction of Omission in Order of Judgment Under Rule 60(a).

                TRUSTEES OF THE BRICKLAYERS
                AND ALLIED CRAFTSMEN LOCAL 74
                FRINGE BENEFIT FUNDS


                By: s/ Shane Luedke
                    Counsel for Plaintiffs

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Corrected Notice of Motion with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned addresses and by fax, email and by depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 30th day of June 2008, at or before the hour of 5:00 p.m.

>ALFONZO GUZMAN, SR., INDIVIDUALLY
>2802 STERKEL ROAD
>NORTH AURORA, IL 60542
>
>ANDREA GUZMAN, INDIVIDUALLY
>2802 STERKEL RD
>NORTH AURORA, IL 60542-5000
>
>MARIA SABAT A/K/A MARY SABAT A/K/A MARIA SORIA, INDIVIDUALLY
>P. O. BOX 85
>ADDISON, IL 60101
>Email: mary.sabat@yahoo.com
>
>SCOTT NEIL SCHREIBER, ATTORNEY FOR AL"S MASONRY AND AL"S MAINTENANCE
>STAHL COWEN CROWLEY LLC
>55 W. MONROE, SUITE 1200
>CHICAGO, IL 60603
>Fax: (312) 423-8189
>
>RICHARD L. HIRSH, Attorney for Debtor
>Richard L. Hirsh & Associates PC
>1500 Eisenhower Lane., Suite 800
>Lisle, IL 60532

>>s/Shane Luedke
>>ARNOLD AND KADJAN
>>19 W. Jackson Blvd., Suite 300
>>Chicago, IL 60604
>>312-236-0415 (phone)
>>312-341-0438 (fax)
>>Dated: June 30, 2008