## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1616  Assigned/Issued By: j. n.

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
*(Victim, Against and $ Amount)*

☑ Citation to Discover Assets   ☐ Other

☐ Writ _____
*(Type of Writ)*

_____
_____
*(Type of issuance)*

<u>1</u> Original and <u>1</u> copies on <u>7-29-08</u> as to <u>al's masonry contracting, inc.</u>
(Date)
(noticed filed) _____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>AL'S MASONRY CONTRACTING, INC., an Illinois corporation; AL'S MAINTENANCE, INC., a dissolved Illinois corporation; ALFONSO GUZMAN, SR., individually; ANDREA GUZMAN, Individually; and MARIA SABAT a/k/a MARY SABAT a/k/a MARIA SORIA, individually,<br><br>    Defendant. | ) ) ) ) ) Case No. 08-cv-1616 ) ) Judge James B. Zagel ) ) ) ) ) ) ) ) ) ) ) |

## CITATION NOTICE

| Judgment Debtor's Last known Address: | Judgment Creditor/ Creditor's Attorney: |
|---|---|
| Name: Al's Masonry Contracting, Inc.<br>City: 2802 Sterkel Road<br>North Aurora, IL 60542<br>Phone: | **ARNOLD and KADJAN**<br>19 West Jackson Blvd.<br>Chicago, IL 60604<br>(312) 236-0415 |

ALFONZO GUZMAN, SR., INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

ANDREA GUZMAN, INDIVIDUALLY
2802 STERKEL ROAD
NORTH AURORA, IL 60542

MARIA SABAT A/K/A MARY SABAT A/K/A
MARIA SORIA, INDIVIDUALLY
P. O. BOX 85
ADDISON, IL 60101

SCOTT NEIL SCHREIBER, ATTORNEY FOR
PARENT COMPANY AL'S CONSTRUCTION
STAHL COWEN CROWLEY LLC
55 W. MONROE, SUITE 1200
CHICAGO, IL 60603

RICHARD L. HIRSH, Attorney for Debtor
Richard L. Hirsh & Associates PC
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532

Judgment in the amount of **$887,080.33** for **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.** Of that amount, **$887,080.33** for **TRUSTEES OF THE BRICKLAYERS LOCAL 56, et al.** remains due.

Name of person receiving Citation: **State Bank of Illinois, Attn: Ms. Astra Linholm, 600 East Washington Street, West Chicago, IL 60185**.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear at the offices of **Arnold and Kadjan** on **August 19, 2008** at **10:15 a.m., Room 2503** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the Debtor include the Debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the Debtor;

(2) Social Security and SSI benefits;

(3) Public assistance benefits;

(4) Unemployment compensation benefits;

(5) Worker's compensation benefits;

(6) Veteran's benefits;

(7) Circuit breaker property tax relief benefits;

(8) The Debtor's equity interest not to exceed $750.00 in value, in any implements professional books, or tools of the trade of the Debtor.

(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500.00, which homestead is exempt from judgment;

(10) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount of which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wages;

(11) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage;

(12) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 South Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.