UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE
BRICKLAYERS 56
v.
AL'S MASONRY CONTRACTING INC     Case # 08 CV 1616
et al

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Rieber, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   STATE BANK OF ILLINOIS
   c/o Ms Astra Linholm
   on 8/18/08

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex _F_ race _W_ approximate age _45_ other _blond hair_

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: _BANK : 600 E. Washington St West Chicago IL_
   date: _8/18/08_   time of day: _11:50 am_

3. Subsequently, a citation notice was sent via U. S. Mail to:

   Al's Masonry Contracting Inc
   2802 Sterkel Rd
   North Aurora IL 60542 on 8/18/08

   Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

   _____
   Special Process Server